| | | |
|---|---|---|
| People v Mack | 2d Dept: 140 AD3d 843 | denied* |
| People v Morris | 2d Dept: 140 AD3d 843 | denied |
| People v Roldan | 1st Dept: 140 AD3d 411 | denied* |
| People v Smith | 4th Dept: 140 AD3d 1705 | denied |
| Robinson v Oz Master Fund, Ltd. | 1st Dept: 139 AD3d 639 | denied |
| Selena L., Matter of (Susan B.L.) | 2d Dept: 140 AD3d 769 | denied |
| Sheryll v United Gen. Constr. | 1st Dept: 138 AD3d 612 | denied |
| Tucker, Matter of, v Miller | 4th Dept: 138 AD3d 1383 | denied |

### Decided October 6, 2016

| | | |
|---|---|---|
| Avella, Matter of, v Johnson | 2d Dept: 142 AD3d 1111 | denied |
| Pilla, Matter of, v Karnsomtob | 2d Dept: 142 AD3d 1116 | denied |

### Decided October 20, 2016

| | | |
|---|---|---|
| Joshua T.N., Matter of (Tommie M.) | 4th Dept: 140 AD3d 1763 | denied |
| Lihanna A., Matter of (Marcella H.) | 1st Dept: 140 AD3d 404 | denied* |
| Malik S., Matter of (Latangya B.) | 1st Dept: 141 AD3d 428 | denied |
| Martin v Martin | 2d Dept: 139 AD3d 916 | denied |
| People ex rel. Latta v Martuscello | 3d Dept: 140 AD3d 1421 | denied |
| Roberta P., Matter of, v Vanessa J.P. | 1st Dept: 140 AD3d 457 | denied* |
| State of New York, Matter of, v Dean G. | 2d Dept: 140 AD3d 972 | denied |

### Decided October 25, 2016

| | | |
|---|---|---|
| AMCAT Global, Inc. v Greater Binghamton Dev., LLC | 3d Dept: 140 AD3d 1370 | denied |
| Bailey, Matter of, v Prack | 3d Dept: 140 AD3d 1508 | denied |
| Birch Tree Partners, LLC v Windsor Digital Studio, LLC | 2d Dept: 132 AD3d 932 | denied |
| Chavez v State of New York | 2d Dept: 139 AD3d 994 | denied |
| City Club of N.Y., Inc., Matter of, v Hudson Riv. Park Trust, Inc. | 1st Dept: 142 AD3d 803 | denied |
| Esposito, Matter of, v Magill | 4th Dept: 140 AD3d 1772 | denied |

---

* Motion for poor person relief dismissed as academic or denied.